IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARRY C. DIXON, #138238,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 09-0757-WS-B |
| : | |
| **GWEN MOSELY, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) be and is hereby **DENIED.** It is further **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 3rd day of March, 2010.

s/WILLIAM H. STEELE<br>
**CHIEF UNITED STATES DISTRICT JUDGE**