IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LARRY C. DIXON, #138238,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0757-WS-B |
| **GWEN MOSELY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 3rd day of March, 2010.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**