```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**LARRY C. DIXON, #138238,**       :
                                   :
    **Plaintiff,**             :
                                   :
**vs.**                            :   **CIVIL ACTION 09-0757-WS-B**
                                   :
**GWEN MOSELY, <u>et</u> <u>al.</u>,**              :
                                   :
    **Defendants.**            :


<u>**JUDGMENT**</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 3rd day of March, 2010.

                                      <u>s/WILLIAM H. STEELE</u>
                                      **CHIEF UNITED STATES DISTRICT JUDGE**